**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Jamel K. Semper |
| v. | Criminal No. 25-616 |
| YUSUF TINSLEY and TYSHAEAH FERRELL | **AMENDED SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Alison Thompson and Jessica Guarracino, Assistant U.S. Attorneys; and Defendant Yusuf Tinsley being represented by John McMahon, Esq.; and Tyshaeah Ferrell being represented by Anthony Pope, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this _23rd_ day of June, 2026, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 10, 2026.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, on or

before July 10, 2026. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

4. The Defendants shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 14, 2026.

5. The Defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 14, 2026

6. The following shall be the schedule for pretrial motions in this matter:

a)    The Defendants shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 21, 2026;

b) The Government shall file any response to the Defendants' pretrial motions on or before September 11, 2026;

c) The Defendants shall file any reply on or before September 18, 2026;

d)    Oral argument on pretrial motions shall be held on September 28, 2026 at 10:00 a.m.

Honorable Jamel K. Semper
United States District Judge